# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00610-CV

**Larry Campbell, Appellant**

**v.**

**Lakeline Developers; Simon Property Group (Texas), L.P.; Golden Ring Mall Company, L.P.; Simon Property Group (Delaware), Inc.; and Payless Shoesource, Inc., Appellees**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT NO. 00-184-C26, HONORABLE DONALD HUMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Larry Campbell moves to dismiss this appeal, asserting that appellees agree with his motion. We grant the motion and dismiss this appeal.

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed on Agreed Motion

Filed:   April 22, 2004